**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTHONY BURKE,** *pro se*,

    **Plaintiff(s),**

**v.**                                **CASE NO: 8:11-CV-479-T-30EAJ**

**UPS-TAMPA,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #3) entered on July 7, 2011. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2011.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

*F:\Docs\2011\11-cv-479.dismissal.wpd*